**Order entered January 25, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00817-CV

### DAYDRICK NORRIS, Appellant

### V.

### TRANS AM SFE II LLC, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-02790-D**

## ORDER

Before the Court is appellant's January 23, 2019 motion for extension of time to file

brief. We **GRANT** the motion and **ORDER** the brief be filed no later than February 21, 2019.


/s/    KEN MOLBERG
       JUSTICE